Memorandum Opinion issued January 30, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01291-CV

____________


OM SAI HOSPITALITY, INC. AND SAM GANDHI, Appellants


V.


PATRICK G. PATTERSON, D/B/A ISLAND PAINTING & ALLIED TRADES,
Appellee






On Appeal from the 405th District Court

Galveston County, Texas

Trial Court Cause No. 01CV747






MEMORANDUM OPINION

 Appellants have filed a motion to dismiss their appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate immediately. Tex. R. App. P. 18.1(c).

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Wilson. (1)

1. The Honorable Davie Wilson, retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.